JANE VERRIER v. JOHN VERRIER.

March 11, 1986.

Petition for certification denied.

D & D ASSOCIATES, INC. v. FITCHBURG MUTUAL
FIRE INSURANCE COMPANY.

March 11, 1986.

Petition for certification denied.

FIRST NATIONAL STATE BANK OF NEW JERSEY v. CLIFTON
MITCHELL, ET AL., AND NESHAMINY CONSTRUCTORS, INC.

March 11, 1986.

Petition for certification denied.

TOWNSHIP OF SPRINGFIELD v. BLOCK 402, LOT 3, BARN
ASSESSED TO JOSEPH W. BOWLEY, ET AL.

March 11, 1986.

Petition for certification denied.